UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2<br><br>Plaintiff<br><br>vs.<br><br>Teague B. Adams and Erin R. Babbin<br><br><br>Defendants<br>State of Maine Maine Revenue Services<br>Sumerian Irrigation, LLC<br>Rent-It, Inc<br><br>Parties-In-Interest | Case No. 2:23-cv-00194-LEW |

## JUDGMENT OF FORECLOSURE AND SALE

24 Constellation Drive, Auburn, Maine
Book 7123, Page 283

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on December 15, 2023.  Plaintiff, Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2, was present and represented by Reneau J. Longoria, Esq.  Defendant, Erin R. Babbin, did not appear; Party-In-Interest, Sumerian Irrigation, LLC did not appear; Party-In-Interest, Rent-It, Inc did not appear; Defendant, Teague B. Adams and Party-In-Interest, Maine Revenue Services consent to Foreclosure and Sale.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED.  **JUDGMENT** on Count I -

Foreclosure is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 ("Wilmington Trust, National Association") the amount adjudged due and owing ($325,936.70) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, Wilmington Trust, National Association shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $135,349.97 |
| Interest | $102,766.23 |
| Escrow Advance | $48,309.80 |
| Recoverable Corporate Advance Balance | $39,487.38 |
| Pro Rata MIP/PMI | $23.32 |
| **Grand Total** | **$325,936.70** |

2. If the Defendants or their heirs or assigns do not pay Wilmington Trust, National Association the amount adjudged due and owing ($325,936.70) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, their remaining rights to possession of the Auburn Property shall terminate, and Wilmington Trust, National Association shall conduct a public sale of the Auburn Property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $325,936.70 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S. § 6324. Wilmington Trust, National Association may not seek a deficiency judgment against the Defendants pursuant to the Plaintiff's waiver of deficiency at trial.

3. In the event that the Defendant, and anyone occupying the premises, do not vacate the property upon termination of his/her right to possession, Wilmington Trust, National Association may reopen this matter to seek a Writ of Assistance and/or Writ of Possession to be served by the U.S. Marshals Service pursuant to Federal Rule of Civil Procedure 4.1(a) consistent with this Judgment.

4. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

5   The loan is in default and the amount due and owing is $325,936.70.

6   The priority of interests is as follows:

- Wilmington Trust, National Association, not in its individual capacity, but solely as trustee for MFRA Trust 2014-2 has first priority, in the amount of $325,936.70, pursuant to the subject Note and Mortgage.

- State of Maine, Maine Revenue Services has second priority behind the Plaintiff pursuant to a State of Maine Tax Lien, dated November 4, 2013, in the amount of $4,365.12, and recorded in the Androscoggin County Registry of Deeds in Book 8811, Page 34.

- Sumerian Irrigation, LLC has third priority behind Plaintiff pursuant to a Writ of Execution, dated March 26, 2014, in the amount of $10,824.00, and recorded in the Androscoggin County Registry of Deeds in Book 8892, Page 282.

- Rent-It, Inc., who has been defaulted, has fourth priority behind the Plaintiff pursuant to a Writ of Execution, dated August 19, 2015, in the amount of $6,362.00, and recorded in the Androscoggin County Registry of Deeds in Book

9214, Page 213.

- Teague B. Adams and Erin R. Babbin have fifth priority behind the Plaintiff.

7. The prejudgment interest rate is 6.97500%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 10.69%, pursuant to 14 M.R.S. § 1602-C (West 2022) (The one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue December 2022, 4.69%, plus 6% for a total post-judgment interest rate of 10.69%)

8. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | **PARTIES** | **COUNSEL** |
|---|---|---|
| PLAINTIFF | Wilmington Trust, National Association, not in its individual capacity, but solely as Trustee for MFRA Trust 2014-2<br>c/o MFResidential Asets I LLC<br>350 Park Ave., 20th Floor<br>New York, NY 10022 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center, Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Teague B Adams<br>24 Constellation Drive<br>Auburn, ME 04210 | Susan Farnsworth, Esq.<br>P.O. Box 29<br>Hallowell, ME 04347 |
|  | Erin R. Babbin<br>185 Chandler Mill Road<br>New Gloucester, ME 04260 | Pro Se |
| PARTY-IN-INTEREST | Maine Revenue Services | Kaitlyn M. Husar, Esq., Office of Maine Attorney General<br>6 State House Station<br>Augusta, ME 04330 |
|  | Rent-It, LLC | Shawn K. Bell, Esq.<br>The Bell Firm, P.A. |

|  |  |
|---|---|
|  | 810 Lisbon Street<br>Lewiston, ME 04240 |
| Sumerian Irrigation, LLC | David L. Brandt, Esq.<br>Law Office of David L. Brandt<br>903 Roosevelt Tr.<br>P.O. Box 837<br>Windham, ME 04062 |

a) The docket number of this case is No. 2:23-cv-00194-LEW.

b) All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 24 Constellation Drive, Auburn, ME 04210, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 24 Constellation Drive, Auburn, ME 04210. The Mortgage was executed by the Defendants, Teague B. Adams and Erin R. Babbin on April 26, 2007. The book and page number of the Mortgage in the Androscoggin County Registry of Deeds is Book 7123, Page 283.

e) This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an *in rem* judgment against the property, 24 Constellation Drive, Auburn, ME 04210.

SO ORDERED.

Dated this 2nd day of January, 2024.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE